**ARCTIC SLOPE NATIVE ASSOCIATION, LTD.,**
Appellant,

v.

**Mike LEAVITT, Secretary of Health and Human Services, Appellee.**

No. 2008–1532.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2008.

**ORDER**

Order Vacated, see 2008 WL 5749931.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the Riles, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ARQUEST, INC., Plaintiff–Appellant,**

v.

**KIMBERLY–CLARK WORLDWIDE, INC., Defendant–Appellee.**

No. 2008–1580.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).